US Court - District of NH          Woodham v State  1:23-cv-202
                                                    20-cv-537-SE

Motion for TRO (expedited)     (please also x file in newest habeas action)

1. My medications are still not correct, and if I need to stay here, I will only be able to litigate if I'm appropriately treated for both depression and ADHD, which is a lot more difficult than it should be when my under-qualified medical providers don't bother to read my chart. Somehow my affective distress gets lost in institutional politics of the go-getters around here shitting on selected patients/inmates in order to curry favor with the boss, which is obviously evidence of my own dysfunction.

2. This might be a moot issue if the court would order the SPU to release me to the community. This action is supported under law by

(a) my lack of current diagnosis. I'm here because, 4 years ago, some fucking cop in Franconia diagnosed me as "emotionally disturbed", and decided to "help" me by instigating a criminal investigation. I'm still waiting on a more specific label, although I've been "seen" ("treated" would be a misnomer) by approximately 25 different state-funded medical experts. It's all been a waste of time.

(b) I don't have a "treatment plan" per se although they're supposed to release one every 6 months or so. It's really not clear why I'm here. I ask this question repeatedly thru the formal grievance process & receive no answer.

(c) the six to 12 month wait to "step down" to the hospital offends due process under Olmstead v LC, not to mention Jackson v Indiana, since it's not clear how a psychiatric institution will help me. It's not clear how the state can help me at all given that they stubbornly choose to underfund their so-called "hospitals" by hiring only part-time, bottom-of-the-barrel medical staff who can't find a better job elsewhere. To wit, the last APRN assigned to my case threatened to discontinue my medication as a kind of punishment, and actually did so, and was hostile & aggressive with me when I complained of severe PTSD sxs, including flashbacks & panic attacks. Ostensibly I'm only taking x, y, z because I "like" it, not because, through a painful process of trial & error, I've concluded nothing else works (she would draw the same conclusion if she were actually familiar with my history).

(d) I can't receive specialist care because the medical "provider" (she's also not a doctor) doesn't know what a cytokine is, or, presumably, a natural killer cell, or how this might be implicated in an under-the-radar viral infection. An immunologist might know, but I don't get to see one. It took her a year to realize she was treating me with a hormone blocker because I have a brain tumor. I guess that's another medication I'm just taking for fun... These days she refuses to see me at all - which is somehow my fault?

Relief: The state needs to explain why I must continue to live here.

Mailed 4/9/23 to US Court - D.N.H by Ln Grace Woodham, plaintiff in pro per, Concord.