US Court - DNH

FILED - USDC -NH
2023 MAY 4 AM 11:00

Woodham v. NH DoC   23-cv-202-XX
(judge unknown)

## Motion to renew filing

I still need a prelim injunction to pop me out of maximum security prisoner status. By which I mean _super_-maximum security, as in I'm in lockdown 23-24 hrs a day, can't go anywhere without shackles, & never go outside. I haven't touched anyone's penis lately so why could this possibly be? My inquiries to those directing my "care", or rather lack thereof, are ever fruitless.

## Motion to X-file prelim injunctions (expedited)

The (1st priority) of litigation is for me to obtain reasonable court access, most simply by allowing me ~~unsupervised~~ limited access to the LEXIS tablet.

Please see prior filings to this effect, in 20-cv-236, among others.

Mailed to US Court - District of NH, 5/3/23, by Lu Grace Woodham, plaintiff in pro per.

Grace Woodman 
SPU 135265
281 N State St
Concord NH 03302

US Court - Dist. NH
55 Pleasant St
Concord NH 03301

"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."