US District Court -NH

FILED - USDC -NH
2023 MAY 4 AM 11:00
Grace Woodham
281 N State St Concord 03302
SPU 139265

23-cv-202-___  Requested

State of New Hampshire - DoC
33 Capitol St Concord NH 03301
Comm'r DoC, Helen Hayes?
John Marshall, FNU Koom, & al
John Does 1-50, FNU Wright (Wrong)...

vs.

**Complaint:** The Secure Psychiatric Unit is an institution with an identity crisis; some years back the NH Supreme Ct declared it an ambulatory hospital to avoid FOIA requests, but it still functions like a prison. This lawsuit will examine whether it is Constitutional to conflate patients with convicts. I had the good luck to spend a year plus in its confines, and I am arguing that this was superfluous, invoking a Due Process Challenge under federal law. I'm also asserting Due Process challenges to the arbitrary & at times malicious destruction of my personal property.

Mostly, I filed this complaint to more orderly organize my claims against the state. Unfortunately, I've not been able to resolve conflicts with staff and other troublesome, most likely Unconstitutional policies through administrative appeal, and certain behaviors have struck me as headache-inducingly illegal. I'm almost getting a headache trying to avoid thinking about it. I've probably spent about 98% of my time here so far hiding in my cell hoping to encourage the assholes who work here to forget about me, and I still must endure pointless abuse from manchilds who have never held a real job. This is severely effecting my quality of life, wasting my time, and now it has become a lawsuit.

**Exhaustion of Administrative Remedies:** By the time I start whining about it here I've already double or triple exhausted internal mechanisms in my efforts to leave as wide a paper trail as possible. Unfortunately, staff here have thwarted me by refusing to respond to IRSes, throwing them away, or not issuing them at all. At the moment of this writing I am without access to any of the official forms required of me to submit in order to re-emphasize just how little anyone here cares about my needs. Also the response rate is maybe like 50%.

**Damages:** Even though sovereign immunity applies in federal courts, the State will remain a defendant since I am also seeking declaratory & injunctive relief, including against state employees in their official capacities. State agents are also sued for damages in their individual capacities.
Causes of action include but are not limited to 14th & 4th Amendments, 1st Amd access to courts, freedom of expression, conversion, negligence, conspiracy to convert, Conspiracy to deny civil rights, including Constitutional torts; false imprisonment, conspiracy thereof, Hobbs Act 28 USC § 1951??, RICO, medical malpractice, ADA title II

**Jurisdiction:** federal questions under 42 USC §1983, Americans with Disabilities, various creative abuses of RICO.

**Motion to Merge:** I have a few requests for preliminary injunctive relief which might be better suited to live under this docket #, so long as they're addressed promptly. I expect the court will do this sua sponte already.

**Conclusion:** This is a stupid waste of time for me, the people who work at SPU, the State's lawyers, & the people whom I am holding responsible for my illegal involuntary commitment in other federal complaints. Which, incidentally, is the most constructive thing I've accomplished since I've been here. I'm still waiting to find out what my mental health diagnosis is, or why any inability to function well in an institution with a bunch of insecure male persons who are mentally still in adolescence translates to my being a danger to the public at large. I think the taxpayers deserve (slightly) better, though not much; they're still overfunding their local police depts.

Mailed to US Court - DNH 5/3/23 by Ln- Grace Woodham, plaintiff in pro per, Concord NH

Grace Woodman
SPU 135265
281 N State St
Concord NH 03302



US Court - Dist. NH
55 Pleasant St
Concord NH 03301

"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."