Disciplinary Policy:
Like a jail or prison, the SPU has a discipline system, which is not well-defined, and is unevenly enforced. Rather than providing incentives for good behavior, it functions as a retaliatory tool against inmates whom the staff don't like. No matter how tenuous the evidence, (and there never is any) it's always my fault. Obviously this undermines the legitimacy of their already tenuous claim to legal or moral authority; study after psychological study has documented the role of random acts of violence & chaotic dysfunction in general in the development of antisocial personality disorder, which is purportedly their treatment target? I don't know, these things are kept secret from me.

Administrative Remedies: I can't access IRS or grievance forms as I need to; I can't get proper writing instruments which are compatible with carbon paper, rendering the process inordinately time consuming to almost useless. When I am able to access the formal complaint system I'm chastised for "writing too much". I repeatedly note that it's practically impossible for me to keep my complaints at a certain length without losing the opportunity to address other problems.
Although the handbook calls for 2nd & 3rd level grievances, in actuality these are merely rerouted back to the person who never bothered to address my IRS, begging the question whether such a process actually exists in any practical form. Since no one at NHSP is actually motivated to resolve inmates' problems, it's questionable whether it can even lay claim to the title of "grievance procedure" in the 1st place.
Spurious excuses for not responding to IRAs include: derogatory statements about staff members, even those that are true, writing more than four inches down the page, asking for clarification on questions which were never properly answered the 1st time when that person's intention is to obfuscate, addressing multiple pressing issues at once, using an IRS form to document a grievance when a grievance form is unavailable, and just pure laziness.

Assault by Officers: It happens, and they cover it up by claiming that I attacked them; the old "resisting arrest" con. The woman assigned to me for counselling admitted she was not allowed to see footage, whereas the privilege was denied to her predecessor. It would be one thing if they weren't briefing clinical staff with falsified "use of force" reports, but it turns out this is interfering with my medical care too.
In an incident which will forever live in infamy, some line officer named Walsh imagined that I tried to bite him, screamed and pulled his hand away, and then when it was clear he had overreacted, couldn't live up to the shame of retracting his story, so instead doubled down, pinching his hand to make it appear red & claiming this was a bite wound. (there was no saliva or bite marks, he just didn't want to look like a pussy). Like my friends at Grafton DOC he also engaged in fantasies that I was trying to touch his dick. No one wants to read about this

Property: Captain Marshall & officer Kum think they can seize my property & dispose of it at any time, or, even worse, that it doesn't matter whether or not this is legal because no NH court will bother to enforce the law. You can prove them wrong.

Discussion: I'm pursuing damages against all defendants, in their personal & official capacities, under a due process rubric. This section will be expanded upon later. Apparently NH waived sovereign immunity in State v Brousseau. Nevertheless, it appears that immunities can't be contemplated within the context of §1983 orders as per the original text of the law codified in the late 19th century (1874?) which explicitly states that it would not contemplate common law immunities, and more†

Motion to X-file; motion for preliminary injunction vis à vis personal property: I've been whining pretty vociferously in Woodham v. NHDOC, GCDC, 20-cv-236-SM, 19-cv-1194-JL about SPU staff's scheme to extort me into donating my books to the facility; ostensibly, in response to my lawsuit, administration has sequestered these - unofficially, of course; officially, no one will answer my questions about them. With a most-likely-to-be-successful appeal pending, I'd like the opportunity to get my ducks in a row so to speak and inventory them before I'm released. Because the property officer is a miserable asshole who hates me, and so-called management supports their old buddy no matter what, I can't do this without a court order demanding they do the reasonable thing & appoint someone who won't pursue-aggressively sabotage me at every opportunity, to handle the task.

† Quoting from Professor Reinhart's game-changing California L. Rev. article, "Qualified Immunity's Flawed Foundation", it appears that S. Ct decisions enshrining qualified immunity into common law relied on a version of the USC which omitted the underlined text of the §1983 statute, presented here in context: "any person within the jurisdiction of the United States to the deprivation of any rights, privileges or immunities secured by the constitution of the US, shall, any such law, statute, ordinance, regulation, custom or usage of the state to the contrary notwithstanding, be liable to the party injured in any action at law, suit in equity, or other proper proceeding for redress."

Mailed 5/23/23 to US Court - D. N.H. by Lu Green Woodham, plantiff

FILED - USDC -NH
2023 MAY 25 AM 10:33

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Daniel J. Lynch, Clerk of Court
Tracy Uhrin, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

May 19, 2023

Grace Woodham, #139265
NH State Prison - SPU
P.O. Box 2828
Concord, NH 03302-2828

*[handwritten:]* So RE: my recent filings
1:23-fp-0195
1:23-fp-244
1:23-fp-202

I'm not a prisoner. I've been involuntarily committed to the SPU, which looks like a prison, acts like a prison, smells like a prison, quacks like a prison, &c., but is actually a HOSPITAL. The N.H. S. Ct said so so it must be true, lol.

Re: Documents received May 19, 2023

Dear Ms. Woodham,

The court received the enclosed documents for filing. There is no case number indicated, therefore they are being returned.

*[handwritten:]* I do need to file in forma pauperis however because while y/r Accounts has no problem deducting from my account for various spurious reasons, they will not cut me a check. They just won't. It's so crazy, but I won't try to fight it... (I'm just gonna sue them, haha...) I really want to pay you, though. pls take my $$

Sincerely,

BMFantasia

Brandy Fantasia
Deputy Clerk

/bmf
enclosures

*[handwritten:]* So actually I was filing a formal complaint per 28 USCS §351-364 trying to encourage this court to deliberate & rule on at least a couple of my prelim. injunctions, something which hasn't happened yet despite some of these dockets sitting in queue for nearly 4 years now.
I don't want to get anyone in trouble, I just want to fix this; is there a less high-stakes administrative route I could take? That was a polite letter to the chief judge's staff...

Also I realy want to encourage the court to bill my inmate account, especially if this has a positive net effect on the staff you can hire + how quickly you are able to address my NEEEEEDS lol. If you don't take it NHSP will find an excuse to steal it & I'll be litigating that here, oh joy...

Grace Woodbury
SPU 139265
281 N State St
Concord NH 03302



Clerk of court
US Dist Court
55 Pleasant St
Concord NH 03301

"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."

legal