# GO(1) Motion, con't

It shouldn't (habeas + 1983 action) surprise anyone to learn that my conditions of confinement have not at all improved over the past few weeks, but instead grown worse, beginning with further restrictions on my security status, on the basis of feigned concerns for my safety, + culminating with 6 grown men dragging me naked down the hall, b/c again Security + Safety.

While it probably wasn't the Court's intention to leave me w/o recourse for ongoing

US District Ct - NH
60(b) Motion 23-cv-___

violations of my civil rights (including retaliation) that's been the effective result of that decision. In the meantime I'm writing legal documents in crayon. I can't access last week's mail (they've been withholding it for my safety & security) & I can't even wash my clothes!

Obviously, no one's made any effort to return my legal paperwork, neither do they intend to.

US Court District ~~Proposed Motion~~

time I filed for appeal at the 1st Circuit. My friends in admin (in the main DOC office, not the SPU one, which is 100% unresponsive at all times) suddenly began seriously addressing my concerns + somewhat holding the consummate unprofessionals here at SPU accountable. This followed a backlash, + a harassment campaign, some of which I've documented already, other parts which I will share with you lucky souls down the road as I prepare further filings.

US Dist. Ct. docket
60(b) Motion 23-cv-___

As in the previous instance where they misplaced my court paper in January, they've falsely documented that they returned them. This is false; I don't even have my glasses, + my faith in my jailers is such that I took a preemptive strike + ordered them (a new pair) from a warehouse in NJ, b/c I think they'll get here quicker... All of this shit right the

Following a stilted chat with Col Marshall, during which I indicated I had some old mags I had been trying to get rid of for some time, he responded by either summarily destroying or withholding everything I owned, 1st by tossing my team, + then encouraging my "treatment team" to consign me to suicide watch. Because of my ongoing conflict w/ the property officer, which I have attempted to resolve in this forum, it's been impossible

US District Ct., NH
R 60(b) Motion 23-cv-

retrieve my legal mail, which inexplicably is being stored somewhere that only a limited group has access to; none of them can be bothered to help me.

Please lift the stay or make an order correcting the problems I've identified.

Mailed 12/23/23 by /s/

Grace Woodham

pro se petitioner.

Concord, NH

US District Court - NH | Woodham v. NH, NH DoC, State, &
| 23-cv-?? (1983)
Motion for 60(b) relief: Status update | 23-cv-?? (habeas)

~~Needless to say, my conditions of confinement haven't magically improved all on their own. My paperwork is still missing, I can't make a phone call, + I can barely see because ___ something stupid w/ my glasses + won't return them. I'm solving the problem by ordering a new pair from a warehouse in Iowa - they'll get here faster.~~

~~2. All of this is retaliation for filing lawsuits a) to be released, so I can ___ be illegally detained while not receiving relevant medical care (b) to ___ my friends at the DoC into somehow losing their jobs. ___~~

FILED USDC-NH
2023 DEC 28 AM 11:47

Clerk Lynch: Sorry for the non-conforming filings. I'm still trying to figure out the docket #s for the §1983 + habeas petition I created this year. Unfortunately, have not been able to access my legal materials. Maybe this motion will help. Yes ~~they~~ it belongs to the §1983 + habeas. In ? —GW

November 30, 2023
Date

Sharon A. Richardson
Clerk of Court

(125101js)

Grace Woodham
SPU # 139265
281 N State St
Concord, NH
03302

"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."

US Dist Court - NH
55 Pleasant St
Concord, NH, 03301



US POSTAGE by PITNEY BOWES
ZIP 03301
02 1W
0001403591 DEC 26 2023
$000.87⁰