*EXHIBIT*
*for 60(b) motion*

23 - cv - ??
habeas + §1983
dockets

# INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO:** Unit Supervisor, Security Lieutenant, CC/CM       **DATE:** 11-31-23

**FROM:** Woosten  Grace                                   **ID #:** 139765
  Last Name     First Name     Middle Initial

  SPU           O-4
  Facility      Housing Unit    Cell           Work/Shift

**INMATE REQUEST:** I need the following returned ASAP
- big yellow cheat sheet w/ atty #s on it
- prison canteen + meds, including creams, salt, coffee (2 bags, raw)
- stamps  - envelopes  - wrist brace
- memorandum for NH Supreme Ct due in 3 days
- Supreme Court rules green booklet
- fact sheet on myalgic encephalitis
- socks  - clean clothes
- legal treatise titled "Plinky on the bench"
- atty + judicial discipline booklets

*Inmate Signature*

**TO:** PROPERTY                                           **DATE:** _____

**FROM:** Unit Supervisor, Security Lieutenant or CC/CM
**REMARKS:** library book "the long goodbye" which I would like 2 finish.

*Staff Signature*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FROM:** Cpt. Marshall                                    **DATE:** 12/4/23
  Staff Member Name/Office

**REMARKS:** All property has been returned to you.

*Cpt* 
*Staff Signature*

Received By _____
*Inmate Signature*

fender Records Office    Yellow - Inmate    Pink - Staff    SP-014 (a) Rev. 01/14